# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | GARY EDWARD PLANTE | | |
| **Case Number:** | 2:06-BK-04406-EWH | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 26, 2009 10:00 AM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY REAL PROPERTY AT 17826 NORTH 30TH STREET PHOENIX, AZ 85032 FILED BY WELLS FARGO HOME MORTGAGE, INC.

**R / M #:**   62 / 71

 **VACATED:  MATTER RESOLVED**

## Appearances:

NONE

## Proceedings:

VACATED: MATTER RESOLVED