**TIFFANY & BOSCO**
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

07-00235/0224382192

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gary Edward Plante<br>    Debtor.<br>_____<br>Wells Fargo Home Mortgage, Inc.<br><br>    Movant,<br>  vs.<br><br>Gary Edward Plante, Debtor; Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:06-bk-04406-EWH<br><br>Chapter 13<br><br>(Related to Docket #62)<br><br>**STIPULATED ORDER REGARDING MOTION FOR RELIEF** |

UPON THE FOREGOING STIPULATION, and good cause appearing;

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded May 29, 2003, at Recorders No. 2003-0681154, in the records of

*[DENIED watermark across page]*

the Maricopa County, Arizona Recorder's Office, wherein Gary Edward Plante, is designated as trustor and Wells Fargo Home Mortgage, Inc. is the current beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 39, PEPPER RIDGE UNIT SEVEN, according to Book 261 of Maps, page 22, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 3 **PAYMENTS at $816.35 each** (01/01/09 – 03/01/09) | $2,449.05 |
| 2 **LATE CHARGES at $27.91 each** | $ 55.82 |
| POST PETITION PROPERTY INSPECTIONS | $ 91.25 |
| LESS DEBTOR SUSPENSE | <$ 766.97> |
| **BANKRUPTCY ATTORNEYS FEES AND COSTS** | $ 600.00 |
| **TOTAL AMOUNT OF POST PETITION DEFAULT** | $2,429.15 |

1. The total arrearage above shall be paid in six (6) monthly installments of $404.86. These payments shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the March 15, 2009 payment and continuing throughout and concluding on or before August 15, 2009.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for April 1, 2009, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that if Debtor Bankruptcy Case No. 2:06-bk-04406-EWH is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Wells Fargo Home Mortgage, Inc., and after such dismissal, may, in its discretion, conduct a Trustee's

Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____ 2009.

_____
U.S. Bankruptcy Court Judge

