**TIFFANY & BOSCO**
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

07-00235

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:

Gary Edward Plante
    Debtor.
_____

Wells Fargo Home Mortgage, Inc.

    Movant,
vs.

Gary Edward Plante, Debtor; Russell A. Brown, Trustee.

    Respondents.

No. 2:06-bk-04406-EWH

Chapter 13

(Related to Docket #103)

ORDER REGARDING
MOTION FOR RELIEF

RE: Real Property Located at:
17826 North 30th Street
Phoenix AZ 85032

    IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded May 29, 2003, at Recorders No. 2003-0681154, in the records of the Maricopa County, Arizona Recorder's Office, wherein Gary Edward Plante, is designated as trustor and Wells Fargo Home Mortgage, Inc. is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

1

Lot 39, PEPPER RIDGE UNIT SEVEN, according to Book 261 of Maps, page 22, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 1 Monthly Payment at $725.14 | $725.14 |
| (February 1, 2011 – February 1, 2011) | |
| 1 Monthly Payments(s) at $749.04 | $749.04 |
| (March 1, 2011 – March 1, 2011) | |
| 2 Late Charge(s) at $27.91 | $55.82 |
| (February 15, 2011 – March 15, 2011) | |
| Attorneys Fees | $300.00 |
| Suspense Amount | ($432.78) |
| Total | $1,397.22 |

1. The total arrearage shall be paid in six monthly installments. Payments one through six (1-6) in the amount of $232.87 shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the April 15, 2011 payment and continuing throughout and concluding on or before September 15, 2011.

2. In addition to the payment listed in Paragraph 1, the Debtor, will make the regular post-petition payment due for April 1, 2011 which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that the terms of Plan of Reorganization proposed for confirmation shall be consistent herewith. Any inconsistency herewith, or the inability of the Debtor to have a Plan confirmed for any reason shall constitute an event of default by Debtor, and no further notice is required.

IT IS FURTHER ORDERED that if Debtor Bankruptcy Case No. 2:06-bk-04406-EWH is dismissed, either voluntary or involuntary, for any reason, this Order will become null and void and Wells Fargo Home Mortgage, Inc. and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that this Order terminates upon Debtor curing the post petition default described herein.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.